UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ONWARD TECHNOLOGIES, INC.,

    Plaintiff,

v.                                            Case No. 15-C-830

HAMILTON SCIENTIFIC LLC.,

    Defendant.

---

### ORDER REGARDING JURISDICTION

On March 1, 2016, the parties to this diversity action were directed to file a jurisdictional statement within ten days, reflecting the ownership of the Defendant, a limited liability company. No such statement has been filed. Accordingly, the case will be ordered dismissed in 14 days unless the parties establish that subject matter jurisdiction exists. The Defendant LLC is directed to cooperate in providing the citizenship of its member(s). *Hay v. Ind. State Bd. of Tax Comm'rs,* 312 F.3d 876, 879 (7th Cir. 2002) ("not only may the federal courts police subject matter jurisdiction sua sponte, they must.")[1]

**SO ORDERED** this 26th day of April, 2016.

                                          /s William C. Griesbach
                                          William C. Griesbach, Chief Judge
                                          United States District Court

---

[1] Plaintiff's counsel is also directed to ensure that the email address on the docket, "earth.shah@chugh.com," is the correct address for counsel Navneet S. Chugh, appearing counsel.